# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 3, 2022

## NO. 03-21-00629-CV

**Derrick Woodfin, Shawn Johnson-Woodfin, Appellants**

**v.**

**Alicia Cieslewicz, Randall Cieslewicz, Appellees**

## APPEAL FROM COUNTY COURT AT LAW NO. 1 OF WILLIAMSON COUNTY
## BEFORE CHIEF JUSTICE BYRNE, JUSTICES KELLY AND SMITH
## DISMISSED -- OPINION BY JUSTICE KELLY

This is an appeal from the judgment signed by the trial court on November 22, 2021. Having reviewed the record, the Court concludes that this appeal was docketed in error and should be dismissed. Therefore, the Court dismisses cause number 03-21-00629-CV. The costs will be assessed on disposition of cause number 03-21-00639-CV.